| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Britney Lee Hayes** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–7045** <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | **Teresa Marie Hayes** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–7154** <br> EIN __–_____ |
| United States Bankruptcy Court **District of Utah** | | |
| Case number: **25–20324  PH**  Chapter 7 | | Petition date: 1/22/25 |

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Britney Lee Hayes                         Teresa Marie Hayes
                                          aka Teresa Deboom

                                          **By the court:**

<u>11/19/25</u>                                          Peggy Hunt
                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                      **Order of Discharge**                                  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Utah

In re: Case No. 25-20324-PH
Britney Lee Hayes Chapter 7
Teresa Marie Hayes
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: admin      Page 1 of 3
Date Rcvd: Nov 19, 2025      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Britney Lee Hayes, 675 S 100 W #A1, Heber City, UT 84032-2470 |
| jdb | + | Teresa Marie Hayes, 675 S 100 W #A1, Heber City, UT 84032-2470 |
| 12586525 | + | Aspen Grove Behavioral Hospital, 1350 E 750 N, Orem, UT 84097-4345 |
| 12586532 | + | Department Of Work Force Services, PO BOX 45244, Salt Lake City, UT 84145-0244 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: UTAHTAXCOMM.COM | Nov 20 2025 04:53:00 | Utah State Tax Commission, Attn Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 12586526 | + | EDI: BANKAMER2 | Nov 20 2025 04:53:00 | Bank of America, PO Box 17054, Wilmington, DE 19850-7054 |
| 12586527 | + | EDI: WFNNB.COM | Nov 20 2025 04:53:00 | Commenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 12595606 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 20 2025 00:07:00 | Credit Acceptance, Attn: Bankruptcy Department, 25505 W. 12 Mile Rd. Suite #3000, Southfield, MI 48034-8331 |
| 12586530 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 20 2025 00:04:54 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 12586531 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 20 2025 00:15:40 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 12633532 | + | Email/Text: opportunitynotices@gmail.com | Nov 20 2025 00:08:00 | First Electronic Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 12586533 | + | Email/Text: bankruptcy@flagshipcredit.com | Nov 20 2025 00:08:00 | Flagship Credit Acceptance LLC., P.O. Box 3807, Coppell, TX 75019-5877 |
| 12631827 | | Email/Text: bankruptcy@huntingtonmgt.com | Nov 20 2025 00:07:00 | Huntington National Management LLC, P.O Box 1158, Hamburg, NY 14075 |
| 12586534 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Nov 20 2025 00:07:00 | IHC, PO Box 30193, Salt Lake City, UT 84130-0193 |
| 12586535 | | EDI: IRS.COM | Nov 20 2025 04:53:00 | IRS, 50 S 200 E, Mail Stop 5021, Salt Lake City, UT 84111 |
| 12641719 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Nov 20 2025 00:07:00 | Intermountain Healthcare, PO Box 27808, Salt Lake City, Utah 84127-0808 |
| 12608780 | | EDI: JEFFERSONCAP.COM | Nov 20 2025 04:53:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 12586536 | + | Email/Text: bankruptcy@kikoff.com | Nov 20 2025 00:07:00 | Kick Off Lending, 75 Broadway, San Francisco, |

Case 25-20324   Doc 42   Filed 11/21/25   Entered 11/21/25 22:25:42   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 1088-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: 318 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CA 94111-1422 |
| 12586538 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 00:04:59 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 12592101 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 00:15:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12586537 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Nov 20 2025 00:08:00 | Les Schwab, PO Box 5350, Bend, OR 97708-5350 |
| 12593639 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Nov 20 2025 00:08:00 | Les Schwab Tire Centers of Utah, LLC, PO Box 5350, Bend, OR 97708-5350 |
| 12586544 | | Email/Text: info@sunshineloans.com | Nov 20 2025 00:07:00 | Sunshine Loans, 631 Lucerne Ave Suite 56, Lake Worth, FL 33460 |
| 12586539 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 00:08:00 | Midland Credit, 350 Camino de la riena suite 100, San Diego, CA 92108-3007 |
| 12626536 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 00:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 12586540 | + | Email/Text: info@sunshineloans.com | Nov 20 2025 00:07:00 | Money Spot Direct LLC, DBA Sunshine Loans, 631 Lucerene Ave ste 56, Lake Worth, FL 33460-3820 |
| 12586541 | + | Email/Text: bankruptcy@ncaks.com | Nov 20 2025 00:07:00 | NCA, PO Box 550, Hutchinson, KS 67504-0550 |
| 12610214 | + | Email/Text: bankruptcy@ncaks.com | Nov 20 2025 00:07:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 12623252 | | EDI: PRA.COM | Nov 20 2025 04:53:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 12632988 | | EDI: Q3G.COM | Nov 20 2025 04:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 12586543 | | Email/Text: ARPacerRequest@ssfcu.org | Nov 20 2025 00:07:00 | Security Service Credit Union, 15000 IH 10 West, San Antonio, TX 78249 |
| 12586545 | + | Email/Text: bankruptcy@checkcity.com | Nov 20 2025 00:08:00 | Tosh Inc DBA Check City, PO Box 970183, Orem, UT 84097-0183 |
| 12586546 | + | EDI: UTAHTAXCOMM.COM | Nov 20 2025 04:53:00 | USTC, Bankruptcy Dept., 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 12586547 | + | EDI: WFNNB.COM | Nov 20 2025 04:53:00 | Victoria Secrets, PO BOX 182789, Columbus, OH 43218-2789 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12586528 | | Credit Acceptance, P.O. Box 513, RETURNED MAIL--99999 |
| 12586529 | | Credit Acceptance Corporation, c/o Corp Service Copmany, Reg Agent, 15 West South Temple, RETURNED MAIL--99999 |
| 12586542 | | Patrick Sullivan |
| 12633473 | *+ | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, Coppell, TX 75019-5877 |
| 12622110 | *+ | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 19, 2025 | Form ID: 318 | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025              Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:**

**Name**            **Email Address**

Aaron M. Waite
on behalf of Creditor Utah State Tax Commission aaronmwaite@agutah.gov

Ellen Ostrow tr
eostrow@foley.com UT33@ecfcbis.com;eostrow@foley.com;geysa.peeler@foley.com;elisha.teed@foley.com

Theron D. Morrison
on behalf of Joint Debtor Teresa Marie Hayes topofutahlaw@gmail.com cory@morlg.com;chapter7email@gmail.com

Theron D. Morrison
on behalf of Debtor Britney Lee Hayes topofutahlaw@gmail.com cory@morlg.com;chapter7email@gmail.com

United States Trustee
USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 5